UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KeyBank National Association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Oliver Radakovitz,<br><br>　　　　Defendant. | Case No.  2:20-cv-00684-MCE-DB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant in the amount of $118,557.04:

　　Oliver Radakovitz

June 24, 2020                                                                KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/  K. Zignago, Deputy Clerk